# In the United States District Court for the Southern District of Georgia Brunswick Division

MARY LISTON,

    Plaintiff,

v.

EYM PIZZA OF GEORGIA, LLC,

    Defendant.

CV 222-060

## ORDER

Before the Court is Plaintiff Mary Liston's Notice of Voluntary Dismissal, no. 28, wherein she notifies the Court that she wishes to dismiss this action with prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 20 day of December, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA